# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID TRUSLOW,
As Administrator of the Estate of
Matthew Truslow, Deceased
          Plaintiff

V.

CHRISTOPHER COURSEN

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00803
JUDGE: John D. Bates
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 05/01/2006

TO: (Name and address of Defendant)

Christopher Coursen
3802 Porter St., N.W.
Washington, DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malik Cutlar
Albo & Oblon, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      MAY - 1 2006
CLERK      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[*](1) | 06-09-06 at 10:00 a.m. |
| NAME OF SERVER *(PRINT)* <br> Daniel F. Portnoy | TITLE <br> Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>1000 Connecticut Avenue, NW, Suite 302, Washington, DC 20036</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-09-06
                Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

**\*Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.