IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TRUSLOW, As Administrator :
Of the Estate of Matthew Truslow, :
Deceased :
           Plaintiff :
  :
    Vs. :    Case Number:  1:06CV00803
  :    Judge:  John D. Bates
CHRISTOPHER COURSEN :    Deck Type:  Personal Injury/Malpractice
  :    Date Stamp:  6/22/06
           Defendant :

## ANSWER OF DEFENDANT, CHRISTOPHER COURSEN, TO COMPLAINT

COMES NOW the Defendant, Christopher Coursen, through counsel, Francis J. Ford, and for an Answer to the Complaint filed herein, states:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

In responding to the specifically numbered paragraphs of the Complaint, the Defendant states:

1. The allegations contained in paragraph 1 of the Complaint are denied.

2. The allegations contained in paragraph 2 of the Complaint are denied.

3. The allegations contained in paragraph 3 of the Complaint are admitted.

4. The allegations contained in paragraph 4 of the Complaint are neither admitted nor denied.

5. The allegations contained in paragraph 5 of the Complaint are admitted.

6.   The allegations contained in paragraph 6 of the Complaint are admitted.

7.   The allegations contained in paragraph 7 of the Complaint are denied.

8.   The allegations contained in paragraph 8 of the Complaint are denied.

9.   The allegations contained in paragraph 9 of the Complaint are denied.

10.  The allegations contained in paragraph 10 of the Complaint are denied.

11.  The allegations contained in paragraph 11 of the Complaint are denied.

12.  The allegations contained in paragraph 12 of the Complaint are denied.

13.  The allegations contained in paragraph 13 of the Complaint are denied.

14.  The allegations contained in paragraph 14 of the Complaint are denied.

15.  The allegations contained in paragraph 15 of the Complaint are denied.

16.  The allegations contained in paragraph 16 of the Complaint are denied.

17.  To the extent that paragraph 17 of the Complaint adopts and incorporates allegations contained in previously enumerated paragraphs, this Defendant adopts and incorporates herein by reference his responses thereto.

18.  The allegations contained in paragraph 18 of the Complaint are denied.

19.  The allegations contained in paragraph 19 of the Complaint are denied.

20.  The allegations contained in paragraph 20 of the Complaint are denied.

21.  The allegations contained in paragraph 21 of the Complaint are denied.

22.  The allegations contained in paragraph 22 of the Complaint are denied.

23.  The allegations contained in paragraph 23 of the Complaint are denied.

24.  The allegations contained in paragraph 24 of the Complaint are denied.

25.  To the extent that paragraph 25 of the Complaint adopts and incorporates allegations contained in previously enumerated paragraphs, this Defendant

adopts and incorporates herein by reference his responses thereto.

26. The allegations contained in paragraph 26 of the Complaint are denied.

27. The allegations contained in paragraph 27 of the Complaint are denied.

## THIRD DEFENSE

The within action is barred by reason of the contributory negligence of the

Plaintiff's decedent.

## FOURTH DEFENSE

The within action is barred by reason of the Plaintiff's decedent's assumption of

the risk.

**WHEREFORE**, having fully answered, the Defendant, Christopher Coursen,

prays that  the Complaint be dismissed with costs against the Plaintiff.

FRANCIS J. FORD, P.A.


_____/s/_____
Francis J. Ford, D.C. Bar #4408
7700 Old Georgetown Road
Suite 520
Bethesda, Maryland 20814
(301) 279-2000
Attorney for Defendant

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer of Defendant, Christopher Coursen, to Complaint was mailed, postage prepaid, first class mail, this 21st day of June, 2006, to:

      Malik K. Cutlar, Esquire
      Seth C. Berenzweig, Esquire
      Albo & Oblon, L.L.P.
      2200 Clarendon Boulevard
      Suite 1201
      Arlington, Virginia  22201


                        _____/s/_____
                        Francis J. Ford

4