THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br>   ) <br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>CHRISTOPHER COURSEN )<br>   )<br>   Defendant. ) | Civil Action No. 1:06cv00803 |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL
<u>SCHEDULING CONFERENCE</u>**

By Order of the Court dated June 26, 2006, an initial scheduling conference was set for July 27, 2006, at 9:00 a.m. Counsel for the Plaintiff will be out of town on that date, and, upon discussion with defense counsel's office, counsel for the Defendant has a conflict as well.

Based upon the scheduling conflict, Plaintiff requests that the Court enter an Order granting Plaintiff's Motion for a Continuance of the initial scheduling conference, and resetting the conference date for August 3 or 7, 2006, with August 3 being the preferred date of defense counsel. Defense counsel's office has been consulted regarding the alternate dates and does not oppose this Motion. A proposed Order is being filed with this Motion for the Court's review.

Respectfully submitted,

_____/s/_____
Malik K. Cutlar (D.C. Bar 438359)
Seth C. Berenzweig (D.C. Bar 435391)
ALBO & OBLON, LLP
2200 Clarendon, Blvd., Suite 1201
Arlington, VA 22201
(703) 312-0849 (Tel)
(703) 312-0415 (Fax)
Attorneys for Plaintiff