THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CHRISTOPHER COURSEN )<br> )<br>Defendant. ) | Civil Action No. 1:06cv00803 |

## PROPOSED ORDER

Based upon the representations of counsel, and for good cause shown, it is hereby ORDERED that the Initial Scheduling Conference in this matter set for July 27, 2006 at 9:00 a.m. is rescheduled to occur on August 3, 2006 at 9:00 a.m. in Courtroom 8.

_____
UNITED STATES DISTRICT JUDGE