THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>CHRISTOPHER COURSEN )<br>  )<br>Defendant. )<br>_____) | Civil Action No. 1:06cv00803 |

## JOINT LCvR 16.3 STATEMENT

The parties, by and through counsel, jointly submit the following statement as to the matters discussed during the LCvR 16.3 Conference:

1. Plaintiff's position is that the issue of liability is likely to be disposed of by dispositive motion, while the Defendant disagrees.

2. The parties agree that all parties shall be joined and/or the pleadings shall be amended not more than 30 days after the deposition of the Defendant.

The parties agree that some of the factual and, possibly, some legal issues can be agreed upon or narrowed.

3. The parties are not in agreement as to whether the case should be assigned to a Magistrate Judge for all purposes at this time.

4. Defendant's position is that some discovery needs to occur prior to any settlement discussions. Plaintiff's position is that settlement may be possible.

**Alternative Dispute Resolution**

5. At this time, Plaintiff does not think the case would benefit from Alternative Dispute Resolution. Defendant's position is that ADR may be useful after some discovery.

**Dispositive Motions**

6. Plaintiff's position is that liability can be resolved by summary judgment. Defendant disagrees.

The Plaintiff requests that any motions for summary judgment be filed no later than twenty-one days (21) after the discovery cut-off date. Defendant requests that dispositive motions be filed no later than thirty (30) days after the close of discovery.

**Discovery**

7. The parties agree that initial disclosures pursuant to Fed. R. Civ. P. 26(a) (1) be made on or before July 20, 2006.

8. Plaintiff asks that the discovery cut-off date be set for October 6, 2006, and that no discovery requests shall be served after September 6, 2006. Defendant asks that the discovery cut-off date be set for November 6 and that no discovery requests shall be served after October 6, 2006.

The parties anticipate that they shall take no more than five non-party, non-expert depositions. In addition, all other guidelines as to length of depositions and number of interrogatories shall be followed in accordance with the Federal Rules of Civil Procedure.

9. The parties agree that expert witness disclosures for the Plaintiff shall be made on or before August 25, 2006. Expert witness disclosures for the Defendant shall be due twenty-one (21) days after service of Plaintiff's expert witness disclosures, and any rebuttal reports will be due fourteen (14) days after submission of Defendant's disclosures.

Depositions of experts, if any, shall be scheduled by counsel for the parties and shall occur on or before the discovery cut-off date set by the Court.

10. This is not a class action case.

11. There does not appear to be a need to bifurcate the trial at this time.

12. The parties propose that the final pre-trial conference be set no more than sixty (60) days after the close of discovery if a dispositive motion is filed, and be set no more than thirty (30) days after the close of discovery if no motion for summary judgment is filed.

13. The parties request that the Court set a trial date at the final pretrial conference. Plaintiff requests that the trial date be set for thirty (30) days after the final pre-trial conference. Defendant requests that the trial date be set as soon as practical for the Court and the parties.

14. The parties are unaware of any additional issues that need to be addressed in a Scheduling Order.


_____/s/_____        _____/s/_____
Malik K. Cutlar, Esq., DC Bar #438359        Francis J. Ford, Esq., DC Bar #4408
Seth Berenzweig, Esq., DC Bar #435391        7700 Old Georgetown Road
ALBO & OBLON, L.L.P.                         Suite 520
2200 Clarendon Blvd., Suite 1201             Bethesda, Maryland 20814
Arlington, VA 22201                          (301) 279-2000
(703) 312-0849                               Counsel for Defendant
Counsel for Plaintiff

Date: July 6, 2006