IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, As Administrator : <br> Of the Estate of Matthew Truslow, : <br> Deceased : <br>     Plaintiff : <br> : <br> Vs. : <br> : <br> CHRISTOPHER COURSEN : <br> : <br>     Defendant : | Case Number: 1:06CV00803 <br> Judge: John D. Bates <br> Deck Type: Personal Injury/Malpractice <br> Date Stamp: 7/7/06 |

## CERTIFICATE OF SERVICE AND NOTICE OF DISCOVERY

I HEREBY CERTIFY that on the 7th day of July, 2006, Defendant's First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff, were served by first class mail, postage prepaid, upon:

    Malik K. Cutlar, Esquire
    Albo & Oblon, LLP
    2200 Clarendon Boulevard, Suite 1201
    Arlington, Virginia  22201

and that I will retain the original copies of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                      FRANCIS J. FORD, P.A.

                  By:   /s/ Francis J. Ford
                        Francis J. Ford #4408
                        Attorney for Defendant, Christopher Coursen
                        7700 Old Georgetown Road, Suite 520
                        Bethesda, Maryland 20814
                        (301) 279-2000

Dated:  July 7, 2006