THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, : | |
| As Administrator for the Estate : | |
| Of Matthew Truslow, Deceased, : | |
| Plaintiff : | |
| vs. : | Civil Action No. 1:06cv00803 |
| CHRISTOPHER COURSEN : | |
| Defendant : | |

# **DEFENDANT'S RULE 26(a)(1) DISCLOSURE**

Comes now the Defendant Christopher Coursen, by his attorney, Francis J. Ford, and pursuant to Rule 26(a)(1) makes the following disclosures:

(A) At this time the Defendant can identify the following persons who have knowledge concerning the accident which is the subject of this litigation:

1. Wilfred Kent, 3316 Dunnington Road, Beltsville, Maryland
2. Amy David, 4501 Connecticut Ave., NW, Washington, DC
3. Officer N. Anderson, Metropolitan Police Dept, 2nd Dist.
4. Det. Elgin Wheeler, Metropolitan Police Department
5. Det. Joe Diliberto, Metropolitan Police Department

The following person would have knowledge of the Defendant's condition following the accident:

1. Dr. Kevin Nealon, 5530 Wisconsin Ave. Chevy Chase, MD 20815

(B) Documents that may be used by the Defendant in the defense of this action would include:

1. Photographs of the road way and accident scene.
2. Photographs of the Defendant's vehicle and the motorcycle operated by the decedent.

Copies of all such photographs can be made available.

(C)

(D) A certification of policy coverage on the vehicle operated by the Defendant at the time of the accident is attached hereto.

                                                Respectfully submitted,

                                                FRANCIS J. FORD, P.A.


                                                _____/s/_Francis J. Ford_____
Francis J. Ford  #4408
7700 Old Georgetown Road
Suite 520
Bethesda, Maryland 20814
(301) 279-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, As Administrator : <br> Of the Estate of Matthew Truslow, : <br> Deceased : <br> Plaintiff : <br> : <br> Vs. : <br> : <br> CHRISTOPHER COURSEN : <br> : <br> Defendant : | Case Number: 1:06CV00803 <br> Judge: John D. Bates <br> Deck Type: Personal Injury/Malpractice <br> Date Stamp: 7/7/06 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2006, Defendant's Rule 26(a)(1) Disclosure, were served by first class mail, postage prepaid, upon:

> Malik K. Cutlar, Esquire
> Albo & Oblon, LLP
> 2200 Clarendon Boulevard, Suite 1201
> Arlington, Virginia  22201

and that I will retain the original copies of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

FRANCIS J. FORD, P.A.

By: /s/ Francis J. Ford
Francis J. Ford #4408
Attorney for Defendant, Christopher Coursen
7700 Old Georgetown Road, Suite 520
Bethesda, Maryland 20814
(301) 279-2000

Dated: July 20, 2006