UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW,<br>As Administrator of the Estate<br>of Matthew Truslow,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER COURSEN,<br><br>    Defendant. | Civil Action No.  06-0803 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on August 3, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1. Defendant's Rule 26(a)(2) expert disclosures shall be served by not later than September 11, 2006.  Plaintiff's rebuttal expert disclosures shall be served by not later than September 27, 2006.

2. Each party shall be limited to eight (8) depositions, including depositions of experts and non-parties.

3. All discovery shall be completed by not later than November 6, 2006.

4. Dispositive motions shall be filed by not later than December 6, 2006.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:   August 3, 2006

Copies to:

Malik Kemal Cutlar
Albo & Oblon, LLP
2200 Clarendon Blvd.
Courthouse One, Suite 1201
Arlington, VA 22201-3386
Email: mkc@albo-oblon.com

    *Counsel for plaintiff*

Francis John Ford
Law Offices of Francis J. Ford, P.A.
7700 Old Georgetown Rd.
Suite 520
Bethesda, MD 20814
Email: ff.law@verizon.net

    *Counsel for defendant*