THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>CHRISTOPHER COURSEN )<br>  )<br>Defendant. ) | Civil Action No. 1:06cv00803 |

**JOINT MOTION FOR AMENDMENT OF**
**<u>SCHEDULING ORDER</u>**

By Order of the Court dated August 3, 2006, a Scheduling Order was entered setting forth discovery deadlines in this matter.  Based upon the fact that the parties have yet to receive medical records regarding the medical treatment received by the decedent prior to his death, the parties jointly request an amendment to the Scheduling Order in order to provide the parties adequate time to make medical expert witness disclosures.[1]

The parties request that the Court enter an amended Scheduling Order setting Plaintiff's deadline to serve medical expert witness disclosures pursuant to Rule 26(a)(2) by not later than September 25, 2006, and Defendant's deadline to serve medical expert witness disclosures by not later than October 16, 2006.  Further, that Plaintiff's rebuttal expert witness disclosures shall be served by not later than October 30, 2006.

A proposed Order is being filed with this Motion for the Court's review.

---

[1] This Motion only concerns medical expert witness disclosures, and is not intended as a request to change the Court's current deadlines as to all expert witness disclosures.

_____/s/_____  _____/s/_____
Malik K. Cutlar, Esq., #438359           Francis J. Ford, Esq., #4408
Seth Berenzweig, Esq., #435391           7700 Old Georgetown Road,
ALBO & OBLON, L.L.P.                     Suite 520
2200 Clarendon Blvd., Suite 1201         Bethesda, Maryland 20814
Arlington, VA   22201                    *Counsel for Defendant*
*Counsel for Plaintiff*


Date: August 23, 2006