THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, ) | |
| As Administrator of the Estate ) | |
| Of Matthew Truslow, Deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06cv00803 |
| v. ) | |
| ) | |
| CHRISTOPHER COURSEN ) | |
| ) | |
| Defendant. ) | |

## **PROPOSED ORDER**

Based upon the representations of counsel, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff shall serve medical expert witness disclosures pursuant to Rule 26(a)(2) by not later than September 25, 2006.

2. Defendant shall serve medical expert witness disclosures pursuant to Rule 26(a)(2) by not later than October 16, 2006.

3. Plaintiff's rebuttal medical expert witness disclosures shall be served by not later than October 30, 2006.

All other discovery deadlines as set forth in the Court's August 3, 2006 Scheduling Order, including those for non-medical expert witness disclosures, shall remain the same.

_____
UNITED STATES DISTRICT JUDGE