IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, As Administrator Of the Estate of Matthew Truslow, Deceased<br>　　　　Plaintiff<br><br>Vs.<br><br>CHRISTOPHER COURSEN<br><br>　　　　Defendant | Case Number: 1:06CV00803<br>Judge: John D. Bates<br>Deck Type: Personal Injury/Malpractice<br>Date Stamp: 9/6/06 |

## CONSENT MOTION TO EXTEND DEADLINE

Comes now the Defendant, Christopher Coursen, by counsel and moves this Court to extend the deadline for providing the report of Defendant's economic expert witness to September 15, 2006 and as grounds therefore states:

1. The report of Defendant's economic expert is due today, September 11, 2006.

2. That due to a mix-up between the office of undersigned counsel and the insurer of the Defendant, the financial data was not timely transmitted to Defendant's expert and thus the report has been delayed.

3. The report of Defendant's expert will be prepared and transmitted to Plaintiff on or before September 15, 2006.

4. Plaintiff's counsel has consented to this requested extension.

A proposed Order is attached hereto.

                    Respectfully submitted,
                    FRANCIS J. FORD, P.A.


              By:   /s/ Francis J. Ford
                    Francis J. Ford #4408
                    Attorney for Defendant, Christopher Coursen
                    7700 Old Georgetown Road, Suite 520
                    Bethesda, Maryland 20814
                    (301) 279-2000

Dated:  September 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID TRUSLOW, As Administrator<br>Of the Estate of Matthew Truslow,<br>Deceased | : <br> : <br> : | |
| Plaintiff | : <br> : | |
| Vs. | : <br> : | Case Number:  1:06CV00803<br>Judge:  John D. Bates |
| CHRISTOPHER COURSEN | : <br> : | Deck Type:  Personal Injury/Malpractice<br>Date Stamp:  9/6/06 |
| Defendant | : | |

## PROPOSED ORDER

Upon consideration of the Consent Motion of the Defendant, it is hereby

ORDERED, that the deadline of the Defendant's Economic Expert Witness disclosure be and the same hereby is extended from September 11, 2006 to September 15, 2006.

_____
Judge