THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br>                            )<br>      Plaintiff, )<br>                            )<br>      v. )<br>                            )<br>CHRISTOPHER COURSEN )<br>                            )<br>      Defendant. )<br>_____) | Civil Action No. 1:06cv00803 |

## NOTICE OF SETTLEMENT

The Court shall please take notice that the parties in this litigation have entered into a settlement agreement to resolve all claims in this litigation. The Plaintiff has signed the Settlement Agreement, and the Defendant is forwarding the settlement funds. Defense counsel has tendered a Praecipe of Dismissal that will be executed once the settlement funds in this matter are secured.

In light of this Notice, Plaintiff requests that the status conference set for this matter for Friday, November 3 at 9:00 a.m. be canceled.

                                                        Respectfully Submitted,

                                                 _____/s/_____
                                                 Malik K. Cutlar (D.C. Bar 438359)
                                                 Seth C. Berenzweig (D.C. Bar 435391)
                                                 ALBO & OBLON, LLP
                                                 2200 Clarendon, Blvd., Suite 1201
                                                 Arlington, VA 22201
                                                 (703) 312-0849 (Tel)
                                                 (703) 312-0415 (Fax)
                                                 Attorneys for Plaintiffs

<u>Dated</u>: October 31, 2006

2