THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TRUSLOW, )<br>As Administrator of the Estate )<br>Of Matthew Truslow, Deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COURSEN )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:06cv00803 |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Based upon a settlement reached between the parties, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff herein moves the Court for the dismissal of all claims in this litigation. Plaintiff requests that the dismissal be made with prejudice and without costs to either party.

Defendant consents to this Motion.

Respectfully Submitted,

_____/s/_____
Malik K. Cutlar (D.C. Bar 438359)
Seth C. Berenzweig (D.C. Bar 435391)
ALBO & OBLON, LLP
2200 Clarendon, Blvd., Suite 1201
Arlington, VA 22201
(703) 312-0849 (Tel)
(703) 312-0415 (Fax)

Attorneys for Plaintiff

Dated: November 13, 2006